UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL JOEY JONES,

    Plaintiff,

v.

SAN FRANCISCO COUNTY SHERIFF'S DEPT; et al.,

    Defendants.

No. C 10-3401 SI (pr)

**JUDGMENT**

    This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

    IT IS SO ORDERED AND ADJUDGED.

Dated: July 14, 2011

_____
SUSAN ILLSTON
United States District Judge